Stamatios Stamoulis
STAMOULIS & WEINBLATT LLC
New Jersey No. 1790-1999
800 N West Street, Third Floor
Wilmington, DE 19801
Telephone: (302) 999-1540
Facsimile: (302) 762-1688
stamoulis@swdelaw.com

# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Golden State Medical Supply, Inc.<br><br>Plaintiff,<br><br>v.<br><br>AustarPharma LLC; AustarPharma Research, LLC; AustarPharma Laboratories, LLC; Austar International Limited; Rong Liu; Bostal Drug Delivery Co., Ltd.; and Guangzhou Bristol Drug Delivery Co., Ltd.<br><br>Defendants. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Civil Action No. 3:21-CV-12092<br><br>*Document Electronically*<br><br>*Jury Trial Demanded* |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Golden State Medical Supply, Inc. hereby voluntarily dismisses the above captioned matter without prejudice. No Defendant has filed an answer or a motion for summary judgment. Accordingly, this action may be dismissed without an order of the Court. This dismissal also renders moot the pending Application to Extend the Answer Period (D.I. 11).

Dated: September 20, 2021　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　STAMOULIS & WEINBLATT LLC

　　　　　　　　　　　　　　　　　　　　*/s/Stamatios Stamoulis*
　　　　　　　　　　　　　　　　　　　　Stamatios Stamoulis
　　　　　　　　　　　　　　　　　　　　New Jersey No. 1790-1999
　　　　　　　　　　　　　　　　　　　　800 N West Street, Third Floor
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　Telephone: (302) 999-1540
　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 762-1688
　　　　　　　　　　　　　　　　　　　　stamoulis@swdelaw.com

　　　　　　　　　　　　　　　　　　　　Shashank Upadhye
　　　　　　　　　　　　　　　　　　　　Yixin Tang
　　　　　　　　　　　　　　　　　　　　Brent Batzer
　　　　　　　　　　　　　　　　　　　　UPADHYE TANG LLP
　　　　　　　　　　　　　　　　　　　　109 Symonds Drive, #174
　　　　　　　　　　　　　　　　　　　　Hinsdale, IL 60522-0174
　　　　　　　　　　　　　　　　　　　　shashank@ipfdalaw.com
　　　　　　　　　　　　　　　　　　　　yixin@ipfdalaw.com
　　　　　　　　　　　　　　　　　　　　brent@ipfdalaw.com

　　　　　　　　　　　　　　　　　　　　**So Ordered this 20th day of September, 2021.**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**Honorable Michael A. Shipp, U.S.D.J.**